In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-074 CR


____________________



RICARDO DAVON GUIDRY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95536






MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Ricardo Davon Guidry pled guilty to
delivery of a controlled substance in a drug-free zone. The trial court found Guidry guilty
and assessed punishment at five years of confinement, then suspended imposition of
sentence, placed Guidry on community supervision for seven years, and assessed a $1,000
fine. On August 17, 2007, the State filed a motion to revoke Guidry's community
supervision. Guidry pled "true" to two violations of the terms of the community supervision
order. The trial court found that Guidry violated the terms of the community supervision
order, revoked Guidry's community supervision, and imposed a sentence of five years of
confinement.

 Guidry's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On June 19, 2008, we granted an extension of time for appellant to file a pro se brief. 
We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.


 _______________________________

 STEVE McKEITHEN

 Chief Justice

Submitted on September 24, 2008

Opinion Delivered October 8, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.